# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SPLITT, MELISSA D. | § | Case No. 11-31986 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/04/2011 . The undersigned trustee was appointed on 11/12/2014 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                              $            20,000.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 3,290.00 |
| Administrative expenses | 10,470.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 4,750.00 |
| Other payments to the debtor | 0.00 |
| | |
| Leaving a balance on hand of[1]              $ | 1,490.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  10/07/2014  and the deadline for filing governmental claims was  10/07/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,275.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 750.00 , for a total compensation of $ 750.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: _12/31/2015_____     By:/s/Elizabeth C Berg, Trustee_____
                                                      Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1 - MELISSA D. SPLITT
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:    1

Exhibit A

| | | |
|---|---|---|
| Case No: | 11-31986 | DRC   Judge: DONALD R. CASSLING |
| Case Name: | SPLITT, MELISSA D. | |

For Period Ending: 12/31/15      (9th reporting period for this case)

| | |
|---|---|
| Trustee Name: | Elizabeth C Berg, Trustee |
| Date Filed (f) or Converted (c): | 08/04/11 (f) |
| 341(a) Meeting Date: | 09/12/11 |
| Claims Bar Date: | 10/07/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. checking acct. - Chase Bank | 500.00 | 0.00 | | 0.00 | FA |
| 2. savings account - Chase Bank | 1,100.00 | 0.00 | | 0.00 | FA |
| 3. security deposit | 700.00 | 0.00 | | 0.00 | FA |
| 4. household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 6. personal injury claim (u)    Special Counsel settled with Defendant in personal injury matter sustained pre-petition | 0.00 | 5,000.00 | | 20,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $3,500.00          $5,000.00          $20,000.00          $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9/28/15:  Debtor filed case on August 4, 2011 and Joseph Voiland was appointed as Trustee. On September 16, 2011, Trustee Voiland a No Asset Report in the case and the case closed thereafter on November 18, 2011. On September 22, 2013, Joseph Voiland filed a Motion to Reopen the case to liquidate the Debtor's unscheduled P.I. claim arising from an auto accident which occurred pre-petition. The case was then reopened on October 3, 2013 and Trustee Elizabeth Berg was appointed as Trustee in error. On October 11, 2013, Trustee Berg resigned and Joseph Voiland was appointed as Trustee.

**FORM 1 - MELISSA D. SPLITT**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No: | 11-31986    DRC    Judge: DONALD R. CASSLING | |
| Case Name: | SPLITT, MELISSA D. | |

| | |
|---|---|
| Trustee Name: | Elizabeth C Berg, Trustee |
| Date Filed (f) or Converted (c): | 08/04/11 (f) |
| 341(a) Meeting Date: | 09/12/11 |
| Claims Bar Date: | 10/07/14 |

On November 21, 2013, Trustee Voiland obtained an order hiring Vrdolyak Law Group as his special counsel to litigate the Debtor's P.I. claim. On July 6, 2014, Trustee Voiland filed an Asset Notice in the case. On November 12, 2014, Trustee Voiland resigned from the case and Elizabeth Berg was appointed as Successor Trustee. On July 31, 2015, Trustee obtained an Order Authorizing the Trustee to Settle with Defendant in the P.I. lawsuit for the sum of $20k, approving payment of Trustee's Special Counsel's fees and expenses, approving payment of health care liens and the Debtor's exemption from the P.I. Settlement proceeds. Trustee has made a distribution to her Special Counsel, Health Care Lien Claimants, and the Debtor. She is in the process of preparing her final report and will submit her Final Report to the UST for approval. Once approved, she will distribute the remaining funds on hand.

11/12/14: Case reopened in 2013 to pursue unscheduled PI Claim. At the time of Successor Trustee's appointment in 2014, prior Trustee retained special counsel and was monitoring progress of personal injury lawsuit.

Initial Projected Date of Final Report (TFR): 06/15/15          Current Projected Date of Final Report (TFR): 12/31/15

　　　/s/    Elizabeth C Berg, Trustee
_____ Date: 12/31/15
　　　ELIZABETH C BERG, TRUSTEE

FORM 2 - MELISSA D. SPLITT

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| | | |
|---|---|---|
| Case No: | 11-31986 -DRC | |
| Case Name: | SPLITT, MELISSA D. | |

| | |
|---|---|
| Trustee Name: | Elizabeth C Berg, Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6534  Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******2175 |
| For Period Ending: | 12/31/15 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/27/15 | 6 | STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY GREAT LAKES - CHICAGO WEST | PERSONAL INJURY SETTLEMENT [dkt 33] | 1242-000 | 20,000.00 | | 20,000.00 |
| 08/31/15 | 001001 | VRDOLYAK LAW GROUP, LLC 9618 S. COMMERCIAL AVE CHICAGO, IL 60617 | TRUSTEE'S SPECIAL COUNSEL FEES Trustee's Special Counsel Fees allowed per Court Order dated July 31, 2015 | 3210-000 | | 5,273.85 | 14,726.15 |
| 08/31/15 | 001002 | VRDOLYAK LAW GROUP, LLC 9618 S. COMMERCIAL AVE CHICAGO, IL 60617 | TRUSTEE'S SPECIAL COUNSEL EXPENSES Trustee's Special Counsel Expenses allowed per Court Order July 31, 2015 | 3220-000 | | 4,936.15 | 9,790.00 |
| 08/31/15 | 001003 | DR. DREW KANDILAKIS c/o ATHENOS MEDICAL P.O. BOX 85 PARK RIDGE, IL 60068 | PAYMENT OF HEALTH CARE LIEN Payment of Health Care Lien authorized per Court Order dated July 31, 2015 | 4220-000 | | 1,500.00 | 8,290.00 |
| 08/31/15 | 001004 | DR. SPIROS STAMELOS STAMELOS BROTHERS, LTD. 1224 W. BELMONT AVENUE CHICAGO, IL 60657 | PAYMENT OF HEALTH CARE LIEN Payment of Health Care Lien authorized per Court Order dated July 31, 2015 | 4220-000 | | 540.00 | 7,750.00 |
| 08/31/15 | 001005 | KEY HEALTH MEDICAL SOLUTIONS, INC 30699 RUSSELL RANCH RD SUITE 175 WESTLAKE VILLAGE, CA 91362 | PAYMENT OF HEALTH CARE LIEN Payment of Health Care Lien authorized by Court Order dated July 31, 2015 | 4220-000 | | 500.00 | 7,250.00 |
| | | | | | | | |

Page Subtotals     20,000.00     12,750.00

LFORM24

Ver: 19.05a

FORM 2   MELISSA D. SPLITT

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit B

| | |
|---|---|
| Case No: | 11-31986  -DRC |
| Case Name: | SPLITT, MELISSA D. |
| | |
| Taxpayer ID No: | *******2175 |
| For Period Ending: | 12/31/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C Berg, Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6534  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/15 | 001006 | DR. DANIEL BUCEK<br>BUCEK CHIROPRACTIC, SC<br>2562 W. FABYAN PKWY<br>BATAVIA, IL 60510 | PAYMENT OF HEALTH CARE LIEN<br>Payment of Health Care Lien authorized per Court Order dated July 31, 2015 | 4220-000 | | 750.00 | 6,500.00 |
| 08/31/15 | 001007 | MELISSA SPLITT<br>2830 N. GREENWOOD AVENUE<br>ARLINGTON HEIGHTS, IL 60004 | DEBTOR'S EXEMPTION IN P.I. STLMNT<br>Debtor's Exemption authorized per Court Order dated July 31, 2015 | 8100-000 | | 4,750.00 | 1,750.00 |
| 12/23/15 | 001008 | U.S. Bankruptcy Court<br>219 S. Dearborn<br>Chicago, IL  60604 | Deferred Filing Fee<br>Deferred Filing Fee - Reopening of Case | 2700-000 | | 260.00 | 1,490.00 |

|  |  | | |
|---|---|---|---|
| COLUMN TOTALS | 20,000.00 | 18,510.00 | 1,490.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 20,000.00 | 18,510.00 | |
| Less:  Payments to Debtors | | 4,750.00 | |
| Net | 20,000.00 | 13,760.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******6534 | 20,000.00 | 13,760.00 | 1,490.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 20,000.00 | 13,760.00 | 1,490.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          5,760.00

FORM 2   MELISSA SPLIT

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit B

| | |
|---|---|
| Case No: | 11-31986  -DRC |
| Case Name: | SPLITT, MELISSA D. |
| Taxpayer ID No: | *******2175 |
| For Period Ending: | 12/31/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C Berg, Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6534  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals            0.00            0.00

| | EXH. C - SPLITT | | |
|---|---|---|---|
| Page 1 | ANALYSIS OF CLAIMS REGISTER | | Date: December 31, 2015 |

Case Number:   11-31986

Debtor Name:   SPLITT, MELISSA D.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3210-00 | VRDOLYAK LAW GROUP, LLC 9618 S. COMMERCIAL AVE CHICAGO, IL 60617 | Administrative | | $5,273.85 | $5,273.85 | $0.00 |
| 001 3220-61 | VRDOLYAK LAW GROUP, LLC 9618 S. COMMERCIAL AVE CHICAGO, IL 60617 | Administrative | | $4,936.15 | $4,936.15 | $0.00 |
| 001 2700-00 | U.S. Bankruptcy Court 219 S. Dearborn Chicago, IL 60604 | Administrative | | $260.00 | $260.00 | $0.00 |
| 001 2100-00 | Elizabeth C. Berg, Trustee c/o Baldi Berg, Ltd. 20 N. Clark Street #200 Chicago IL 60602 | Administrative | | $750.00 | $0.00 | $750.00 |
| 001 8100-00 | MELISSA SPLITT 2830 N. GREENWOOD AVENUE ARLINGTON HEIGHTS, IL 60004 | Unsecured | | $4,750.00 | $4,750.00 | $0.00 |
| 000001 070 7100-00 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | Unsecured | | $1,307.09 | $0.00 | $1,307.09 |
| 000002 070 7100-00 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | Unsecured | | $981.46 | $0.00 | $981.46 |
| 000003 070 7100-00 | PYOD, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | | $9,287.54 | $0.00 | $9,287.54 |
| 050 4220-00 | DR. DREW KANDILAKIS c/o ATHENOS MEDICAL P.O. BOX 85 PARK RIDGE, IL 60068 | Secured | | $1,500.00 | $1,500.00 | $0.00 |
| 050 4220-00 | DR. SPIROS STAMELOS STAMELOS BROTHERS, LTD. 1224 W. BELMONT AVENUE CHICAGO, IL 60657 | Secured | | $540.00 | $540.00 | $0.00 |
| 050 4220-00 | KEY HEALTH MEDICAL SOLUTIONS, INC 30699 RUSSELL RANCH RD SUITE 175 | Secured | | $500.00 | $500.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Page 2 | | EXH. C - SPLITT<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 31, 2015 |

Case Number:   11-31986
Debtor Name:   SPLITT, MELISSA D.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | WESTLAKE VILLAGE, CA 91362 | | | | | |
| 050<br>4220-00 | DR. DANIEL BUCEK<br>BUCEK CHIROPRACTIC, SC<br>2562 W. FABYAN PKWY<br>BATAVIA, IL 60510 | Secured | | $750.00 | $750.00 | $0.00 |
| | Case Totals: | | | $30,836.09 | $18,510.00 | $12,326.09 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-31986
Case Name: SPLITT, MELISSA D.
Trustee Name: Elizabeth C Berg, Trustee

Balance on hand                                    $           1,490.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | DR. DREW KANDILAKIS | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 0.00 |
| | DR. SPIROS STAMELOS | $ 540.00 | $ 540.00 | $ 540.00 | $ 0.00 |
| | KEY HEALTH MEDICAL SOLUTIONS, INC | $ 500.00 | $ 500.00 | $ 500.00 | $ 0.00 |
| | DR. DANIEL BUCEK | $ 750.00 | $ 750.00 | $ 750.00 | $ 0.00 |

Total to be paid to secured creditors                    $           0.00

Remaining Balance                                        $       1,490.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C Berg, Trustee | $ 750.00 | $ 0.00 | $ 750.00 |
| Attorney for Trustee Fees: VRDOLYAK LAW GROUP, LLC | $ 5,273.85 | $ 5,273.85 | $ 0.00 |
| Charges: U.S. Bankruptcy Court | $ 260.00 | $ 260.00 | $ 0.00 |
| Other: VRDOLYAK LAW GROUP, LLC | $ 4,936.15 | $ 4,936.15 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $_____750.00

Remaining Balance     $_____740.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,576.09  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  6.4  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Quantum3 Group LLC as agent for | $          1,307.09 | $          0.00 | $          83.56 |
| 000002 | Quantum3 Group LLC as agent for | $            981.46 | $          0.00 | $          62.74 |
| 000003 | PYOD, LLC its successors and assigns as | $          9,287.54 | $          0.00 | $          593.70 |

Total to be paid to timely general unsecured creditors     $_____740.00

Remaining Balance     $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE