UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )     Chapter 7
                                          )     Case No. 11-31986
        Melissa D. Splitt,                )
                                          )     Honorable Donald R. Cassling
                                          )     (Kane County)
                          Debtor.         )     Hearing Date:  February 5, 2016
                                          )     Hearing Time: 10:30 A.M.

COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION

Name of Applicant:          Elizabeth C. Berg, Successor Trustee

Authorized to Provide
Professional Services to:   Estate

Date of Order Authorizing
Employment:                 November 12, 2014

Period for Which
Compensation is sought:     November 12, 2014 to Close of Case

Amount of Fees sought:      $750.00

Amount of Expense
Reimbursement sought:        $ 0.00

This is an:     Interim Application __        Final Application  _X_

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
|  |  |  |  |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is:  $0.00   .

Dated:  January 11, 2016              Elizabeth C. Berg, Trustee of the Estate of
                                      Melissa D. Splitt, Debtor


                                      By:   /s/ Elizabeth C. Berg, Trustee___

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 11-31986 |
| Melissa D. Splitt, | ) | Hon. Donald R. Cassling |
| | ) | (Kane County) |
| Debtor. | ) | Hearing Date: February 5, 2016 |
| | ) | Hearing Time: 10:30 a.m. |

### Application for Allowance and Payment of Final Compensation of Elizabeth C. Berg, as Trustee

Elizabeth C. Berg, not personally but solely as successor trustee of the estate ("Estate") of Melissa D. Splitt, debtor ("Debtor"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $750.00 as final compensation for her services rendered as trustee in this case from November 12, 2014 through the close of this case. In support thereof, Trustee states as follows:

#### Introduction

1.    This case was commenced on August 4, 2011, by the filing of a voluntary petition for relief under chapter 7 of the Code.

2.    Joseph Voiland was appointed as the chapter 7 trustee and served in said capacity until his resignation on November 14, 2014. Elizabeth C. Berg is the duly appointed, qualified and acting successor chapter 7 trustee in this case.

3.    Joseph Voiland examined the Debtor at her § 341 Meeting on September 12, 2011. On September 16, 2011, Trustee Voiland filed his No Distribution Report and the case closed thereafter on November 18, 2011. On September 22, 2013, Trustee Voiland filed a Motion to Reopen the Case to Administer the Debtor's unscheduled P.I. Claim and on October 3, 2013, an Order Granting the Reopening of the Case was entered by this Court. Thereafter, on July 6, 2014, Trustee Voiland filed an Asset Report.

4.      The bar date for filing non-governmental and governmental claims in this case was October 7, 2014.

### Prior Compensation

5.      This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

6.      Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case except as set forth above.

### Services Rendered by Trustee

7.      Since her appointment, Trustee has performed actual, necessary and valuable services on behalf of the Estate.   Itemized billing statements describing the services rendered by Trustee from the date of appointment through the close of the case are attached hereto as Exhibit A. The services rendered by Trustee since her appointment in this case include but are not limited to the following:

A.      Meeting with the prior trustee to determine the background and status of this case and to obtain the prior trustee's case files; reviewing the reports of administration and records from the prior trustee to verify the status of the administration of this case;

B.      Trustee assisted Special Counsel with the negotiation and settlement of the Debtor's P.I. Claim. Trustee drafted and presented her Motion to Settle the P.I. Claim;

C.      Trustee analyzed any potential remaining assets of the estate and potential recovery of such assets;

D.      Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

2

E.      Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

F.      Trustee examined, analyzed and verified proofs of claim filed against the Estate;

G.      Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

### Funds Collected and Disbursed by Trustee

8.      Trustee has collected the sum of $20,000.00 on behalf of the Estate. Trustee has made approximately $18,550.00 in disbursements in this case as of the date hereof.

9.      Copies of the Successor Trustee's *Form I Individual Estate Property Record and Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate are attached to the Successor's Trustee's Final Report, filed simultaneously herewith, as Exhibits A and B, respectively.

### Compensation Requested

10.     During the period covered by this Application, Trustee has spent 17.30 hours rendering services on behalf of this Estate with a value of $4,085.50.  Trustee estimates that she will spend an additional three (3) hours rendering services with a value of $695.00 to obtain approval of the final report, make a final distribution to creditors, and prepare and file her final account.

11.     The maximum compensation allowable to Trustee pursuant to section 726 of the Code, based upon the receipts and disbursements listed above, is $2,275.00 as follows:

25% of the first $  5,000.00          $1,250.00

10% of the next $10,250.00           $1,025.00

3

Total allowable compensation             $2,275.00

12.     Section 326(c) of the Code provides a limitation in the compensation awarded to trustees in cases when more than one person serves as trustee in the case such that the maximum compensation awarded to the trustees shall "not exceed the maximum compensation prescribed for a single trustee by subsection (a)...of this section."

13.     Ms. Berg has conferred with Mr. Voiland regarding allowance and payment to him on account of professional services as the prior chapter 7 trustee in this case.  Mr. Voiland has specifically declined to seek allowance of an administrative claim for his trustee commission and has advised Ms. Berg that he wishes the entire trustee commission to be awarded to his successor trustee.  Mr. Voiland's resignation letter filed with this Court on November 12, 2014 [*see Dkt. No.* 28] contains an express waiver of any claim for compensation in this case.

14.     Section 330(7) provides that the reasonable fee allowed to trustees pursuant to the statutory percentages of section 326 shall be treated as a commission. For the reasons set forth herein, the Trustee requests allowance and payment of final compensation for her services rendered as trustee from the time of her appointment through the closing of this case in the amount of $750.00.   This amount represents reasonable compensation for the services rendered by Trustee and is below the maximum compensation allowable as set forth in paragraph 11 above.

15.     After payment of the Estate's administrative claims, Trustee anticipates that there will only be sufficient funds available to make a partial distribution to general unsecured creditors.

16.     An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Elizabeth C. Berg, as trustee, is attached hereto as Exhibit B.

4

17.    Trustee requests that the compensation requested herein be paid from the Estate funds in her possession.

**Status of the Case**

18.    The Trustee has liquidated or abandoned all of the assets belonging to this Estate and the Trustee has completed her review and analysis of the claims filed against the Estate.

19.    Trustee has completed and filed her Final Report simultaneously herewith.

WHEREFORE, Elizabeth C. Berg, as trustee of the Estate of Melissa D. Splitt, debtor, requests the entry of an order providing the following:

A.    Allowing to Trustee final compensation in the amount of $750.00 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from November 12, 2014 through the closing of this case ; and

B.    Authorizing Trustee to pay the compensation awarded from the Estate funds held by Trustee as part of her final distribution in this case; and

C.    For such other and further relief as this Court deems appropriate.

Dated:  December 31, 2015                    Elizabeth C. Berg, as successor trustee of the
                                             estate of Melissa D. Splitt, debtor


                                             By:___/s/ Elizabeth C. Berg, successor trustee___
                                                     Elizabeth C. Berg

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street, Suite 200
Chicago, IL  60602
(312) 726-8150

**Trustee's Final Fee Application**                          **Melissa D. Splitt, Debtor**
                                                            **Case No. 11-31986**

**Trustee's Itemized Billing Statements**

**Exhibit A**

**Baldi Berg, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

**Phone:** (312) 726-8150
**Fax:** (312) 470-6323

**FEIN:** 36-4352753

*Invoice submitted to:*

December 23, 2015
Invoice No:   02664

Elizabeth C. Berg, Trustee
Baldi Berg, Ltd.
20 N. Clark Street
Suite 200
Chicago, ILLINOIS 60602

**In Reference to:**   *Splitt - Trustee Matters*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 11/10/2014 | ECB | TC's with J. Voiland and T. Springer to arrange for pickup of prior TR's files | 0.20 $325.00/ hr | $65.00 |
| 11/12/2014 | ECB | Meet with former trustee J. Voiland to review files and discuss case status | 0.20 $325.00/ hr | $65.00 |
| 4/23/2015 | ECB | Extended TC from special counsel Joe Scrementi regarding upcoming trial and settlement possibilities (.9) Prep potential settlement scenarios (.2) email counsel re same (.1) | 1.20 $325.00/ hr | $390.00 |
| 4/23/2015 | ECB | Prelim review of case law on TR ability to object to post-petition exemption claim against previously undisclosed assets | 0.30 $325.00/ hr | $97.50 |
| 4/24/2015 | ECB | TC Joe Scrementi re defendant's rejection of TR offer and counter offer (.1) Discuss trial schedule (.1) Correspondence to special counsel re strategy for trial and settlement (.2) Review Motion to Dismiss and order denying same (.3) | 0.70 $325.00/ hr | $227.50 |

# Baldi Berg, Ltd

12/23/2015

Splitt - Trustee Matters

Page    2

| Date | Initials | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 4/28/2015 | ECB | TC with Emi Salazar re settlement of PI Claim and proposed sharing between Debtor and BK estate (.2) TC with Joe Srementi re same (.2) Second TC with E. Salazar to confirm D's Agmt to share 1/3 of settlement with Estate (.1) | 0.50 $325.00/ hr | $162.50 |
| 4/29/2015 | ECB | Email to J. Srementi (.1) and E. Salazar (.1) re TR's agreement to share Debtor's 1/3 of settlement | 0.20 $325.00/ hr | $65.00 |
| 5/19/2015 | ECB | TC with special counsel Joe Srementi re adjudication of liens (.2); confer with JDL & JAB re post-petition perfection of liens, validity of same against settlement proceeds and whether auto stay is in place in re-opened case (.3) | 0.50 $325.00/ hr | $162.50 |
| 6/17/2015 | ECB | Review fax and release received from Special Counsel Joseph Srementi (.1) TC to Joe Srementi's office and speak with asst Vanessa re required BK Court approval (.1) | 0.20 $325.00/ hr | $65.00 |
| 6/26/2015 | JMM | TC from Vanessa re: Splitt Settlement - prep of Mtn to Settle (.2), TC from J. Srementi re: resolution of liens (.1) | 0.30 $175.00/ hr | $52.50 |
| 7/01/2015 | JMM | Draft email to TR re: status of settlement, mtn to settle (.2) | 0.20 $175.00/ hr | $35.00 |
| 7/06/2015 | ECB | Review memo from JMM re status of motion to settle; TC (.1) and Email to (.2) special counsel re same; Memo to staff re prep of motion to settle (.1) | 0.40 $325.00/ hr | $130.00 |
| 7/06/2015 | ECB | Final review of claims | 0.20 $325.00/ hr | $65.00 |
| 7/08/2015 | ECB | Review and respond to email from special counsel re final allocation of settlement proceeds | 0.10 $325.00/ hr | $32.50 |
| 7/08/2015 | JMM | Continue editing Motion to Settle Debtor's P.I. Claim (1.1) | 1.10 $185.00/ hr | $203.50 |

**Baldi Berg, Ltd**                                                                    12/23/2015

Splitt - Trustee Matters                                                          Page     3

---

| 7/10/2015 | ECB | Revise and approve filing of motion to settle (.4) TC with JMM re same (.1) | 0.50<br>$325.00/ hr | $162.50 |
|---|---|---|---|---|
| 7/10/2015 | JMM | Edit Motion to Settle (.8), Notice (.2), Proposed Order (.1) | 1.10<br>$185.00/ hr | $203.50 |
| 7/15/2015 | JMM | Draft email to Vrdoylak Law Group re: request for debtor's new address | 0.10<br>$185.00/ hr | $18.50 |
| 8/03/2015 | ECB | Memo to JMM re forwarding court order approving settlement and request for payment of proceeds | 0.10<br>$325.00/ hr | $32.50 |
| 8/03/2015 | JMM | Draft email to Joe Scrementi re: entered order, advised we will send signed order once on entered on docket and release of claim of T. Weiler (.2) | 0.20<br>$185.00/ hr | $37.00 |
| 8/04/2015 | JMM | TC w/ Vanessa re: opposing counsel's concerns over protection of lien holders (.1), draft email to Vanessa w/ copy of order which orders the lien holders to be paid from proceeds of sale (.1) | 0.20<br>$185.00/ hr | $37.00 |
| 8/05/2015 | ECB | Review, revise and execute release | 0.20<br>$325.00/ hr | $65.00 |
| 8/27/2015 | JMM | Review and respond to email from Special Counsel re: check and address of debtor (.1), In office visit by Special Counsel re: dropping off check, address of debtor, release of funds (.1), Draft email to TR re: same and procedure to follow (.1), Obtain EIN from IRS (.1), Open new bank account and deposit check into TCMS (.1), Prepare FedEx Label for shipment to Associated Bank (.1), Trip to FedEx to deliver check (.1) | 0.70<br>$185.00/ hr | $129.50 |
| 8/31/2015 | ECB | Meet with JMM re status of distribution of settlement proceeds and case closing | 0.10<br>$325.00/ hr | $32.50 |

# Baldi Berg, Ltd

12/23/2015

Splitt - Trustee Matters

Page    4

| Date | Initials | Description | Hours / Rate | Amount |
|------|----------|-------------|--------------|--------|
| 8/31/2015 | ECB | Approve payment of allowed claims in settlement order | 0.10<br>$325.00/ hr | $32.50 |
| 8/31/2015 | JMM | Discuss Order and authorization to pay w/ TR (.1), Enter health care lien claimants, special counsel's fees & expenses and debtor's exemption information into TCMS (.4), Cut interim distribution checks in accordance with Settlement Order dated July 31, 2015 (.7), Draft letter to Special Counsel re: checks for fees and expenses (.4), Draft letter to Debtor re: Exemption Check (.3) | 1.90<br>$185.00/ hr | $351.50 |
| 9/01/2015 | JMM | Draft Distribution Letter to 4 Health Care Claimants re - payment of liens (.8) | 0.80<br>$185.00/ hr | $148.00 |
| 9/25/2015 | ECB | TC with RKP re case status and prep of annual case status report for office of US Trustee | 0.10<br>$325.00/ hr | $32.50 |
| 10/02/2015 | RKP | Review case file and docket (.1); update system information as needed to prepare forms for TIR (.2) | 0.30<br>$195.00/ hr | $58.50 |
| 10/11/2015 | RKP | Prepare Forms 1 and 2 for review by E. Berg | 0.30<br>$195.00/ hr | $58.50 |
| 10/21/2015 | ECB | Preparation of annual report required by Office of US Trustee | 0.50<br>$325.00/ hr | $162.50 |
| 10/23/2015 | RKP | Finalize TIR-Forms 1, 2, 3 (.1);  prepare for submission to UST and to efile (.1) | 0.20<br>$195.00/ hr | $39.00 |
| 10/27/2015 | JMM | Draft email to Vrdolyak Law Group re - status of distribution checks sent in August 2015 (.2) | 0.20<br>$185.00/ hr | $37.00 |
| 11/03/2015 | JMM | Prep Successor Trustee's Report for filing (.5) | 0.50<br>$185.00/ hr | $92.50 |
| 12/23/2015 | JMM | To Clerk of Bk Court re - fee for reopening of case (.1), Cut check for Deferred Filing Fee (.1), Draft letter to Court re: same (.2) | 0.40<br>$185.00/ hr | $74.00 |

# Baldi Berg, Ltd

Splitt - Trustee Matters

12/23/2015

Page    5

| 12/23/2015 | JMM | Review claims and update system with information needed to prepare TFR and NFR (.3), Draft Trustee Fee Application (1.2); Prepare coversheet, proposed order and affidavit (.3), Prepare TFR (.7) and NFR (.2), Review and edit Trustee Final Report package (.5) | 2.50 $185.00/ hr | $462.50 |

|  |  |
|---|---|
| Total Fees | $4,085.50 |
| Total New Charges | $4,085.50 |
| Previous Balance | $0.00 |
| Balance Due | $4,085.50 |

## *Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 6.30 | $325.00 |
| Jason M Manola | 0.50 | $175.00 |
| Jason M Manola | 9.70 | $185.00 |
| Ricki K Podorovsky | 0.80 | $195.00 |
|  | 17.30 |  |

Trustee's Final Fee Application                          Melissa D. Splitt, Debtor
                                                        Case No. 11-31986

Rule 2016 Affidavit

Exhibit B

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Melissa D. Splitt, | ) | Case No. 11-31986 |
| | ) | |
| Debtor. | ) | Hon.  Donald R. Cassling |
| | ) | (Kane County) |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois    )
County of Cook       )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1.      I am the duly appointed, qualified and acting successor trustee in this case and I have personal knowledge of the facts set forth herein.

2.      I have read the Application for Allowance and Payment of Final Compensation of Elizabeth C. Berg as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief.  I or my agents pursuant to my direction performed the services set forth and described in the Application.

3.      I have not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the principals and associates of Baldi, Berg, Ltd., a law firm at which I was employed during the pendancy of this case.  I have not previously received payment of any compensation for services rendered incurred in connection with this case.

4.      Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and sworn to before me
on December 31 , 2015

_____
Notary Public

"OFFICIAL SEAL"
Jason M Manola
Notary Public, State of Illinois
My Commission Expires 11/1/2019

**Exhibit B**