**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SPLITT, MELISSA D. | § | Case No. 11-31986 |
| | § | |
| Debtor | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C Berg, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
United States Bankruptcy Court
219 S. Dearborn Street
7th Floor
Chicago   IL   60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :
10: 30 a.m.
on February 5, 2016
in Courtroom 240 of the Kane County Courthouse
100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: Jeffrey P. Allsteadt_____

*Elizabeth C Berg, Trustee
20 N. Clark St., Suite 200
Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| SPLITT, MELISSA D. | § | Case No. 11-31986 |
| | § | |
| Debtor | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 20,000.00 |
| and approved disbursements of | $ | 18,510.00 |
| leaving a balance on hand of[1] | $ | 1,490.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | DR. DREW KANDILAKIS | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 0.00 |
| | DR. SPIROS STAMELOS | $ 540.00 | $ 540.00 | $ 540.00 | $ 0.00 |
| | KEY HEALTH MEDICAL SOLUTIONS, INC | $ 500.00 | $ 500.00 | $ 500.00 | $ 0.00 |
| | DR. DANIEL BUCEK | $ 750.00 | $ 750.00 | $ 750.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 1,490.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C Berg, Trustee | $ 750.00 | $ 0.00 | $ 750.00 |
| Attorney for Trustee Fees: VRDOLYAK LAW GROUP, LLC | $ 5,273.85 | $ 5,273.85 | $ 0.00 |
| Charges: U.S. Bankruptcy Court | $ 260.00 | $ 260.00 | $ 0.00 |
| Other: VRDOLYAK LAW GROUP, LLC | $ 4,936.15 | $ 4,936.15 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses            $            750.00

Remaining Balance                                                 $            740.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,576.09 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Quantum3 Group LLC as agent for | $ 1,307.09 | $ 0.00 | $ 83.56 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Quantum3 Group LLC as agent for | $ 981.46 | $ 0.00 | $ 62.74 |
| 000003 | PYOD, LLC its successors and assigns as | $ 9,287.54 | $ 0.00 | $ 593.70 |

Total to be paid to timely general unsecured creditors    $ 740.00

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Elizabeth C. Berg

*Elizabeth C Berg, Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                       United States Bankruptcy Court
                       Northern District of Illinois
```

In re:                                                                  Case No. 11-31986-DRC
Melissa D Splitt                                                        Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: bchavez               Page 1 of 2           Date Rcvd: Jan 12, 2016
                              Form ID: pdf006             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2016.
```
db            #+Melissa D Splitt,   129 Canterfield Parkway West,    Dundee, IL 60118-9004
17631692      +American Capital Ent,   42145 Lyndie Ln Ste 212,    Temecula, CA 92591-3791
17631693      +Associated Imaging Specialists,    1121 lake Cook Road, Suite M,    Deerfield, IL 60015-5234
17631694      +Barclays Bank Delaware,   Customer Support Department,    Po Box 8833,
               Wilmington, DE 19899-8833
17631696      +CEP America-Illinois PC,    PO Box 582663,   Modesto, CA 95358-0070
17631695      +Centegra Health System,   PO Box 1447,    Woodstock, IL 60098-1447
17631697      +Chirofitness & Rehab,   2900 Foxfield Road, Ste LL-A,    Saint Charles, IL 60174-5799
17631698      +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
17631699      +Dr. Rodbro and Galliani, Ltd,    400 Lake Cook Road #115,    Deerfield, IL 60015-4982
17631700      +Dundee township Park District,    665 Barrington Avenue,    Carpentersville, IL 60110-2904
17631701       ER Solutions, Inc,   PO Box 6030,    Hauppauge, NY 11788
17631704      +Hsbc Best Buy,   Attn: Bankruptcy,    Po Box 5263,   Carol Stream, IL 60197-5263
17631706      +Kathryn M Singer,   100 Fox Glen Road,    Barrington, IL 60010-1805
17631710      +Northsar location Services,    4285 Genesee Street,   Buffalo, NY 14225-1943
17631711      +Prfrd Cus Ac,   Po Box 94498,   Las Vegas, NV 89193-4498
17631712      +Professional bureau of Collections,    PO Box 320006,   Birmingham, AL 35232-0006
17631713      +Salud Pediatrics,   600 S Randall Road,    Algonquin, IL 60102-5937
17631714      +Sherman Hospital,   934 Center Street,    Elgin, IL 60120-2125
17631715      +T Mobile,   PO Box 742598,   Cincinnati, OH 45274-2598
17631716      +Verizon,   c/c AFNI Inc,   1310 Martin Luther King Drive,    Bloomington, IL 61701-1465
17631717      +Wfnnb/express,   Po Box 182124,   Columbus, OH 43218-2124
17631718      +Wfnnb/maurices,   Po Box 182124,    Columbus, OH 43218-2124
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17631691      +E-mail/Text: www@arthuradler.com Jan 13 2016 01:46:13      Adler & Associates,
               25 E Washington St, #500,   Chicago, IL 60602-1703
17631702      +E-mail/PDF: gecsedi@recoverycorp.com Jan 13 2016 01:40:07      Gemb/care Credit,
               950 Forrer Blvd,   Kettering, OH 45420-1469
17631703      +E-mail/PDF: gecsedi@recoverycorp.com Jan 13 2016 01:52:56      Gemb/gapdc,   Po Box 981400,
               El Paso, TX 79998-1400
17631705      +E-mail/Text: compliance@rentcollectglobal.com Jan 13 2016 01:48:25      Iq Data International,
               1010 Se Everett Mall Way,   Everett, WA 98208-2855
17631707      +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 13 2016 01:44:39      Kohls/chase,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
17631709      +E-mail/Text: mmrgbk@miramedrg.com Jan 13 2016 01:46:01      MiraMed Revenue Group LLC,
               Dept 77304,   PO Box 77000,   Detroit, MI 48277-2000
22454022      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 13 2016 01:52:50
               PYOD, LLC its successors and assigns as assignee,    of Citibank (South Dakota), N.A.,
               Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
22164595       E-mail/Text: bnc-quantum@quantum3group.com Jan 13 2016 01:45:23
               Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
                                                                                               TOTAL: 8
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17631708     ##+Marcia S. Lipkin,   203 N LaSalle Street, Ste 2350,   Chicago, IL 60601-1220
                                                                                TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: bchavez              Page 2 of 2              Date Rcvd: Jan 12, 2016
                              Form ID: pdf006            Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2016 at the address(es) listed below:
             Elizabeth C Berg    on behalf of Spec. Counsel    The Vrdolyak Law Group LLC
              bergtrustee@baldiberg.com,   eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
             Elizabeth C Berg    bergtrustee@baldiberg.com,   eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
             Nuhemi Morales Salazar     on behalf of Debtor 1 Melissa D Splitt nmorale1@yahoo.com
             Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                           TOTAL: 4
```