# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                             §
                                   §
                                   §
SPLITT, MELISSA D.                 §      Case No. 11-31986
                                   §
                                   §
_____Debtor_____               §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                           Assets Exempt: 3,500.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  4,030.00      Claims Discharged
                                                 Without Payment:  41,683.20

Total Expenses of Administration:  11,220.00

---

3) Total gross receipts of $ 20,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 4,750.00  (see **Exhibit 2**), yielded net receipts of $ 15,250.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 3,290.00 | $ 3,290.00 | $ 3,290.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 11,220.00 | 11,220.00 | 11,220.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 39,867.11 | 11,576.09 | 11,576.09 | 740.00 |
| **TOTAL DISBURSEMENTS** | $ 39,867.11 | $ 26,086.09 | $ 26,086.09 | $ 15,250.00 |

4) This case was originally filed under chapter 7 on 08/04/2011 . The case was pending for 56 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _03/21/2016_____     By:/s/Elizabeth C Berg, Trustee_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| personal injury claim | 1242-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 20,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MELISSA SPLITT | Exemptions | 8100-000 | 4,750.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 4,750.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DR. DANIEL BUCEK | 4220-000 | NA | 750.00 | 750.00 | 750.00 |
| | DR. DREW KANDILAKIS | 4220-000 | NA | 1,500.00 | 1,500.00 | 1,500.00 |
| | DR. SPIROS STAMELOS | 4220-000 | NA | 540.00 | 540.00 | 540.00 |
| | KEY HEALTH MEDICAL SOLUTIONS | 4220-000 | NA | 500.00 | 500.00 | 500.00 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 3,290.00** | **$ 3,290.00** | **$ 3,290.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | 2100-000 | NA | 750.00 | 750.00 | 750.00 |
| CLERK OF THE U.S. BANKRUPTCY COURT | 2700-000 | NA | 260.00 | 260.00 | 260.00 |
| VRDOLYAK LAW GROUP, LLC | 3210-000 | NA | 5,273.85 | 5,273.85 | 5,273.85 |
| VRDOLYAK LAW GROUP, LLC | 3220-610 | NA | 4,936.15 | 4,936.15 | 4,936.15 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 11,220.00 | $ 11,220.00 | $ 11,220.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Capital Ent 42145 Lyndie Ln Ste 212 Temecula, CA 92591 | | 114.00 | NA | NA | 0.00 |
| | Associated Imaging Specialists 1121 lake Cook Road, Suite M Deerfield, IL 60015 | | 6.40 | NA | NA | 0.00 |
| | Barclays Bank Delaware Customer Support Department Po Box 8833 Wilmington, DE 19899 | | 1,930.00 | NA | NA | 0.00 |
| | CEP America-Illinois PC PO Box 582663 Modesto, CA 95358 | | 23.00 | NA | NA | 0.00 |
| | Centegra Health System PO Box 1447 Woodstock, IL 60098 | | 320.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Centegra Health System PO Box 1447 Woodstock, IL 60098 | | 2,216.25 | NA | NA | 0.00 |
| | Centegra Health System PO Box 1447 Woodstock, IL 60098 | | 10.00 | NA | NA | 0.00 |
| | Chirofitness & Rehab 2900 Foxfield Road, Ste LL-A Saint Charles, IL 60174 | | 103.00 | NA | NA | 0.00 |
| | Dr. Rodbro and Galliani, Ltd 400 Lake Cook Road #115 Deerfield, IL 60015 | | 1,000.00 | NA | NA | 0.00 |
| | Dundee township Park District 665 Barrington Avenue Carpentersville, IL 60110 | | 910.00 | NA | NA | 0.00 |
| | Gemb/care Credit 950 Forrer Blvd Kettering, OH 45420 | | 7,819.00 | NA | NA | 0.00 |
| | Gemb/gapdc Po Box 981400 El Paso, TX 79998 | | 1,373.00 | NA | NA | 0.00 |
| | Hsbc Best Buy Attn: Bankruptcy Po Box 5263 Carol Stream, IL 60197 | | 1,348.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Iq Data International 1010 Se Everett Mall Way Everett, WA 98208 | | 2,900.00 | NA | NA | 0.00 |
| | Kathryn M Singer 100 Fox Glen Road Barrington, IL 60010 | | 588.00 | NA | NA | 0.00 |
| | Kohls/chase N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 919.00 | NA | NA | 0.00 |
| | Marcia S. Lipkin 203 N LaSalle Street, Ste 2350 Chicago, IL 60601 | | 4,588.48 | NA | NA | 0.00 |
| | MiraMed Revenue Group LLC Dept 77304 PO Box 77000 Detroit, MI 48277 | | 80.08 | NA | NA | 0.00 |
| | Prfrd Cus Ac Po Box 94498 Las Vegas, NV 89193 | | 3,975.00 | NA | NA | 0.00 |
| | Salud Pediatrics 600 S Randall Road Algonquin, IL 60102 | | 36.40 | NA | NA | 0.00 |
| | Sherman Hospital 934 Center Street Elgin, IL 60120 | | 58.66 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | T Mobile PO Box 742598 Cincinnati, OH 45274 | | 267.84 | NA | NA | 0.00 |
| | Verizon c/c AFNI Inc 1310 Martin Luther King Drive Bloomington, IL 61702 | | 261.00 | NA | NA | 0.00 |
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | 6,870.00 | 9,287.54 | 9,287.54 | 593.70 |
| 000001 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 1,229.00 | 1,307.09 | 1,307.09 | 83.56 |
| 000002 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 921.00 | 981.46 | 981.46 | 62.74 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 39,867.11 | $ 11,576.09 | $ 11,576.09 | $ 740.00 |

FORM 1 - MELISSA SPLITT
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-31986    DRC    Judge: DONALD R. CASSLING | |
| Case Name: | SPLITT, MELISSA D. | |
| For Period Ending: | 03/21/16 | |

| | |
|---|---|
| Trustee Name: | Elizabeth C Berg, Trustee |
| Date Filed (f) or Converted (c): | 08/04/11 (f) |
| 341(a) Meeting Date: | 09/12/11 |
| Claims Bar Date: | 10/07/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. checking acct. - Chase Bank | 500.00 | 0.00 | | 0.00 | FA |
| 2. savings account - Chase Bank | 1,100.00 | 0.00 | | 0.00 | FA |
| 3. security deposit | 700.00 | 0.00 | | 0.00 | FA |
| 4. household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 6. personal injury claim (u)  Special Counsel settled with Defendant in personal injury matter sustained pre-petition | 0.00 | 5,000.00 | | 20,000.00 | FA |

TOTALS (Excluding Unknown Values)    $3,500.00    $5,000.00    $20,000.00

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

3/10/16: Trustee reviewed claims and filed her Final Report. Trustee disbursed funds on hand and has begun preparing the Trustee's Distribution Report.

9/28/15: Debtor filed case on August 4, 2011 and Joseph Voiland was appointed as Trustee. On September 16, 2011, Trustee Voiland a No Asset Report in the case and the case closed thereafter on November 18, 2011. On September 22,

LFORM1    Ver: 19.05f

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

**FORM 1 - MELISSA SPLITT**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-31986  DRC  Judge: DONALD R. CASSLING | Trustee Name:  Elizabeth C Berg, Trustee |
| Case Name: | SPLITT, MELISSA D. | Date Filed (f) or Converted (c):  08/04/11 (f) |
| | | 341(a) Meeting Date:  09/12/11 |
| | | Claims Bar Date:  10/07/14 |

2013, Joseph Voiland filed a Motion to Reopen the case to liquidate the Debtor's unscheduled P.I. claim arising from an auto accident which occurred pre-petition. The case was then reopened on October 3, 2013 and Trustee Elizabeth Berg was appointed as Trustee in error. On October 11, 2013, Trustee Berg resigned and Joseph Voiland was appointed as Trustee. On November 21, 2013, Trustee Voiland obtained an order hiring Vrdolyak Law Group as his special counsel to litigate the Debtor's P.I. claim. On July 6, 2014, Trustee Voiland filed an Asset Notice in the case. On November 12, 2014, Trustee Voiland resigned from the case and Elizabeth Berg was appointed as Successor Trustee. On July 31, 2015, Trustee obtained an Order Authorizing the Trustee to Settle with Defendant in the P.I. lawsuit for the sum of $20k, approving payment of Trustee's Special Counsel's fees and expenses, approving payment of health care liens and the Debtor's exemption from the P.I. Settlement proceeds. Trustee has made a distribution to her Special Counsel, Health Care Lien Claimants, and the Debtor. She is in the process of preparing her final report and will submit her Final Report to the UST for approval. Once approved, she will distribute the remaining funds on hand.

11/12/14: Case reopened in 2013 to pursue unscheduled PI Claim. At the time of Successor Trustee's appointment in 2014, prior Trustee retained special counsel and was monitoring progress of personal injury lawsuit.

Initial Projected Date of Final Report (TFR): 06/15/15      Current Projected Date of Final Report (TFR): 12/31/15

         /s/      Elizabeth C Berg, Trustee
_____  Date: 03/21/16
         ELIZABETH C BERG, TRUSTEE

FORM 2 - MELISSA SPLITT

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit 9

| Case No: | 11-31986 -DRC | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|
| Case Name: | SPLITT, MELISSA D. | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6534 Checking Account |
| Taxpayer ID No: | *******2175 | | |
| For Period Ending: | 03/21/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/27/15 | 6 | STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY GREAT LAKES - CHICAGO WEST | PERSONAL INJURY SETTLEMENT [dkt 33] | 1242-000 | 20,000.00 | | 20,000.00 |
| 08/31/15 | 001001 | VRDOLYAK LAW GROUP, LLC 9618 S. COMMERCIAL AVE CHICAGO, IL 60617 | TRUSTEE'S SPECIAL COUNSEL FEES Trustee's Special Counsel Fees allowed per Court Order dated July 31, 2015 | 3210-000 | | 5,273.85 | 14,726.15 |
| 08/31/15 | 001002 | VRDOLYAK LAW GROUP, LLC 9618 S. COMMERCIAL AVE CHICAGO, IL 60617 | TRUSTEE'S SPECIAL COUNSEL EXPENSES Trustee's Special Counsel Expenses allowed per Court Order July 31, 2015 | 3220-610 | | 4,936.15 | 9,790.00 |
| 08/31/15 | 001003 | DR. DREW KANDILAKIS c/o ATHENOS MEDICAL P.O. BOX 85 PARK RIDGE, IL 60068 | PAYMENT OF HEALTH CARE LIEN Payment of Health Care Lien authorized per Court Order dated July 31, 2015 | 4220-000 | | 1,500.00 | 8,290.00 |
| 08/31/15 | 001004 | DR. SPIROS STAMELOS STAMELOS BROTHERS, LTD. 1224 W. BELMONT AVENUE CHICAGO, IL 60657 | PAYMENT OF HEALTH CARE LIEN Payment of Health Care Lien authorized per Court Order dated July 31, 2015 | 4220-000 | | 540.00 | 7,750.00 |
| 08/31/15 | 001005 | KEY HEALTH MEDICAL SOLUTIONS, INC 30699 RUSSELL RANCH RD SUITE 175 WESTLAKE VILLAGE, CA 91362 | PAYMENT OF HEALTH CARE LIEN Payment of Health Care Lien authorized by Court Order dated July 31, 2015 | 4220-000 | | 500.00 | 7,250.00 |

Page Subtotals     20,000.00     12,750.00

Ver: 19.05f

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2 — MELISSA SPLITT

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-31986 -DRC | | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|---|
| Case Name: | SPLITT, MELISSA D. | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6534  Checking Account |
| Taxpayer ID No: | *******2175 | | | |
| For Period Ending: | 03/21/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/15 | 001006 | DR. DANIEL BUCEK<br>BUCEK CHIROPRACTIC, SC<br>2562 W. FABYAN PKWY<br>BATAVIA, IL 60510 | PAYMENT OF HEALTH CARE LIEN<br>Payment of Health Care Lien authorized per Court Order dated July 31, 2015 | 4220-000 | | 750.00 | 6,500.00 |
| 08/31/15 | 001007 | MELISSA SPLITT<br>2830 N. GREENWOOD AVENUE<br>ARLINGTON HEIGHTS, IL 60004 | DEBTOR'S EXEMPTION IN P.I. STLMNT<br>Debtor's Exemption authorized per Court Order dated July 31, 2015 | 8100-000 | | 4,750.00 | 1,750.00 |
| 12/23/15 | 001008 | U.S. Bankruptcy Court<br>219 S. Dearborn<br>Chicago, IL 60604 | Deferred Filing Fee<br>Deferred Filing Fee - Reopening of Case | 2700-000 | | 260.00 | 1,490.00 |
| 02/10/16 | 001009 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Trustee Compensation | 2100-000 | | 750.00 | 740.00 |
| 02/10/16 | 001010 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000001, Payment 6.39% | 7100-000 | | 83.56 | 656.44 |
| 02/10/16 | 001011 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000002, Payment 6.39% | 7100-000 | | 62.74 | 593.70 |
| 02/10/16 | 001012 | PYOD, LLC its successors and assigns as | Claim 000003, Payment 6.39% | 7100-000 | | 593.70 | 0.00 |

Page Subtotals       0.00       7,250.00

Ver: 19.05f

LFORM24

UST Form 101-7-TDR (10/1/2010)  *(Page: 12)*

**FORM 2 - MELISSA SPLITT**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-31986 -DRC | Trustee Name: | Elizabeth C Berg, Trustee |
| Case Name: | SPLITT, MELISSA D. | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6534 Checking Account |
| Taxpayer ID No: | *******2175 | | |
| For Period Ending: | 03/21/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | assignee of Citibank (South Dakota), N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | | | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 20,000.00 | 20,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 20,000.00 | 20,000.00 | |
| Less: Payments to Debtors | | 4,750.00 | |
| Net | 20,000.00 | 15,250.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********6534 | 20,000.00 | 15,250.00 | 0.00 |
| | 20,000.00 | 15,250.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

Ver: 19.05f

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*